USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2021

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3166

WRITER'S DIRECT FACSIMILE
(212) 492-0166

WRITER'S DIRECT E-MAIL ADDRESS
aehrlich@paulweiss.com

March 16, 2021

**By Email/ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re: *Breeana George* v. *Riverside Park Conservancy*,
       No. 1:20-cv-09732-AT

Dear Judge Torres:

  I write on behalf of Defendant Riverside Park Conservancy regarding the initial pretrial conference in this matter, currently scheduled for March 23, 2021.

  With Plaintiff's consent, we request that the conference be adjourned to a date convenient to the Court after May 3, 2021. The parties are presently engaged in this District's automatic mediation program for counseled employment discrimination cases. The first mediation session is scheduled for April 26, 2021, and the parties believe that postponing the conference until after the mediation session would allow the parties to make the most efficient use of the conference with the Court.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

We thank Your Honor for your attention to this matter.

Respectfully submitted,

*/s/ Andrew J. Ehrlich*

Andrew J. Ehrlich

cc:  Rita Sethi (by Email/ECF)

GRANTED. The conference scheduled for March 23, 2021, is ADJOURNED to **May 4, 2021**, at **10:40 a.m.** By **April 27, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: March 17, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge