

300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Hon. Analisa Torres                                                                 July 27, 2021
United States District Court, SDNY
500 Pearl Street
New York, NY  10007
By ECF & Email to Torres_NYSDChambers@nysd.uscourts.gov

Re:   Breeana George v. Riverside Park Conservancy
      20-CV-9732 (AT)(KHP)

Your Honor-

My firm is Plaintiff's counsel in the above referenced matter.  I write with Defendant's consent requesting a stay of discovery and other proceedings pending the parties' attendance at a settlement conference scheduled with Magistrate Parker for August 20.  The parties held one productive session and prefer to focus their efforts and conserve resources in the hope of reaching a resolution.

Fact discovery and depositions are currently set to close September 15; this request would extend that to October 10; expert discovery is currently set to close October 29, this request would push that to November 23.  No previous extensions have been requested.

Thank you for your consideration.

Sincerely Yours,

Andrew B. Stoll
Stoll, Glickman & Bellina L.L.P.