```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2021
```



300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Hon. Analisa Torres                                                     July 27, 2021
United States District Court, SDNY
500 Pearl Street
New York, NY 10007
By ECF & Email to Torres_NYSDChambers@nysd.uscourts.gov

    Re:    Breeana George v. Riverside Park Conservancy
           20-CV-9732 (AT)(KHP)

Your Honor-

My firm is Plaintiff's counsel in the above referenced matter. I write with Defendant's consent requesting a stay of discovery and other proceedings pending the parties' attendance at a settlement conference scheduled with Magistrate Parker for August 20. The parties held one productive session and prefer to focus their efforts and conserve resources in the hope of reaching a resolution.

Fact discovery and depositions are currently set to close September 15; this request would extend that to October 10; expert discovery is currently set to close October 29, this request would push that to November 23. No previous extensions have been requested.

Thank you for your consideration.

Sincerely Yours,

*/s/ Andrew B. Stoll*

Andrew B. Stoll
Stoll, Glickman & Bellina L.L.P.

DENIED.

SO ORDERED.

Dated: July 28, 2021
       New York, New York

*/s/ Analisa Torres*

ANALISA TORRES
United States District Judge