UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BREEANA GEORGE,

                    Plaintiff,

-against-

RIVERSIDE PARK CONSERVANCY,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/29/2021_

20 Civ. 9732 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court's order of July 28, 2021, ECF No. 29, is VACATED. The parties' motion at ECF No. 28 is GRANTED.

    SO ORDERED.

Dated: July 29, 2021
       New York, New York

                                         ANALISA TORRES
                                    United States District Judge