USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

BREEANA GEORGE,

                          Plaintiff,

       -against-

RIVERSIDE PARK CONSERVANCY,

                         Defendant.
----------------------------------------------------------------X

**ORDER CONVERTING SETTLEMENT CONFERENCE TO TELEPHONIC**

20-CV-9732 (AT)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The settlement conference in this matter utilizing Microsoft Teams previously scheduled for **Friday, August 20, 2021 at 10:00 a.m.** is hereby converted to a telephonic proceeding. Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267. A security code will be emailed to counsel in advance of this conference.**

SO ORDERED.

Dated: August 17, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge