```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BREEANA GEORGE,

                                Plaintiff,            ORDER SCHEDULING
                                                      SETTLEMENT CONFERENCE
        -against-
                                                      20-CV-9732 (AT)
RIVERSIDE PARK CONSERVANCY,

                                Defendant.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter utilizing Microsoft Teams is scheduled for **Wednesday, September 22, 2021 at 5:00 p.m.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. Updated pre-conference submissions must be received by the Court no later than **September 15, 2021 by 5:00 p.m.**

SO ORDERED.

Dated: August 20, 2021
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge