PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3166

WRITER'S DIRECT FACSIMILE
(212) 492-0166

WRITER'S DIRECT E-MAIL ADDRESS
aehrlich@paulweiss.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2021

August 24, 2021

<u>Via Email/ECF</u>

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Breeana George* v. *Riverside Park Conservancy*, Case No. 1:20-cv-09732-AT-KHP

Dear Judge Torres:

        We represent Defendant Riverside Park Conservancy ("RPC") in connection with the above action. We write jointly with Plaintiff to request a stay of discovery and other proceedings in the matter until the parties' next scheduled settlement conference before Magistrate Judge Parker on September 22.

        The parties have had two productive settlement conferences thus far, one on July 27 and one on August 20, with significant progress made towards settlement in each. The next scheduled settlement conference is September 22, the earliest available date on which Judge Parker and the parties could meet. The parties agree that it is prudent to conserve resources until the next settlement conference in order to avoid litigation costs distorting any potential resolution and maximize the likelihood that the parties are able to reach agreement on September 22.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

Fact discovery and depositions are currently set to close on October 10; this request would extend that to November 12. Expert discovery is currently set to close November 23; this request would extend that to December 26. We have requested one previous extension, which was granted by Your Honor on July 29. [Dkt. No. 30.]

We thank Your Honor for your consideration of this request.

Respectfully Submitted,

*/s/ Andrew J. Ehrlich*

Andrew J. Ehrlich

cc: Counsel of Record

GRANTED. The conference scheduled for October 5, 2021, is ADJOURNED to **November 30, 2021**, at **10:20 a.m.** By **November 23, 2021**, the parties shall submit their joint status letter.

SO ORDERED.

Dated: August 24, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge